446 A.2d 671

Commonwealth v. Peterson, Appellant.

Submitted March 17, 1982. Robert G.

Kochems, for appellant; Samuel J. Orr, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Judgment of sentence affirmed.